[No. 30106-7-II.   Division Two.   September 8, 2004.]

RHETT RUSSELL, ET AL., *Appellants*, v. JAMES ARMSTRONG, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-2-00632-8, Richard A. Strophy, J., entered March 17, 2003. *Reversed* by unpublished opinion per Morgan, A.C.J., concurred in by Bridgewater and Van Deren, JJ.

[No. 30595-0-II.   Division Two.   September 8, 2004.]

PEEKAY, INC., *Appellant*, v. THE CITY OF LACEY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-2-01199-1, Wm. Thomas McPhee, J., entered July 9, 2003. *Reversed in part* and *remanded* by unpublished opinion per Morgan, A.C.J., concurred in by Van Deren, J.; Bridgewater, J., concurring separately.

[No. 30612-3-II.   Division Two.   September 8, 2004.]

PACIFIC NORTHWEST SHOOTING PARK ASSOCIATION, ET AL., *Appellants*, v. THE CITY OF SEQUIM, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 02-2-00866-9, Thomas J. Majhan, J., entered July 15, 2003. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Bridgewater and Van Deren, JJ.

[No. 30738-3-II.   Division Two.   September 8, 2004.]

MARY A. CUMMINS, *Individually and as Personal Representative, Appellant*, v. LEWIS COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 00-2-01542-7, Richard L. Brosey, J., entered August 15, 2003. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Morgan, A.C.J., and Hunt, J. Now published at 124 Wn. App. 247.